In the Matter of the Application of VITO PETRINO, Appellant, for an Order of Mandamus against Hon. JACOB GOULD SCHURMAN, as Chief City Magistrate of the City of New York, Respondent.— The order of September 10, 1935, resettling order of August 20, 1935, denying the application for a peremptory order of mandamus is unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

In the Matter of the Petition of LIBBY STARR, Petitioner-Respondent, for an Order Determining the Custody of CONSTANCE BROCK, an Infant. HELEN JOSEPHSON, Appellant; LOUIS BROCK, Respondent.— Final order of an official referee in a proceeding in equity to determine the proper custody of a child, awarding such custody and control to the grandparents, with right of visitation by the mother, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

In the Matter of RAY SALTZMAN, Respondent, v. LOUIS SALTZMAN, Appellant. — Order of the Domestic Relations Court of the City of New York (Family Court), County of Kings, directing the appellant to pay the sum of four dollars per week for the support of the petitioner unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.